IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUAN MANUEL ACOSTA-01<br>MARTIN ARREOLA-ROMERO-02<br>ANGEL LUIS AYALA-03<br>OTHA BARNES-04<br>GERALD EDWARD DURRANCE-05<br>MARTINA CASAS FLORES-06<br>RAMIRO HERNANDEZ-DUQUE-07<br>JORGE LUCATERO-TORRES-08<br>BELISARIO GIL MENDOZA-09<br>JUAN MANUEL MENDOZA-10<br>RAPHAEL PEDROZA PEREZ-11<br>OBIEL PINEDA-PARDO-12<br>ALFONSO RIOS, JR.-13<br>JOSE CESAR ALMEIDA-14<br>JORGE ALEJANDRO ANAYA-MEDINA-15<br>LUIS MANUEL HACES-DELGADO-16<br>ALEJANDRO DE LA CRUZ-PLANCARTE-17<br>JAVIER DE LA CRUZ-LOYA-18<br>ANDRES BAUTISTA-GALLEGOS-19<br>NOE AGUILAR-CAMUDIO-20<br><br>Defendants. | CRIMINAL CASE NO.<br><br>1:09-CR-184-JEC |

**ORDER**

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [638] recommending denying defendant Jorge Anaya-Medina's Motion to Suppress Statements [301] and Motion to Suppress Evidence [302]; recommending denying defendant Alejandro De La Cruz-Plancarte's Motion to Suppress

Evidence [322]; recommending denying defendant Otha Barnes' Motion to Suppress Evidence [315]; recommending granting defendant Gerald Durrance's Motions to Suppress evidence [304, 455]; recommending granting in part and denying in part defendant Martina Flores' Motion to Suppress Evidence [349]; recommending denying defendant Noe Aguilar-Camudio's Motions to Suppress [331, 332, 334]; recommending denying defendants Jorge Anaya-Medina's, Luis Haces-Delgado's, and Martina Flores' Motions to Suppress Wiretaps [328, 342, 351]; recommending denying defendant Luis Haces-Delgado's Motions to Suppress Evidence and Statements [340, 341]; recommending denying Otha Barnes', Andres Bautista-Gallegos', Noe Aguilar-Camudio's, and Luis Haces-Delgado's Motions for Severance [306, 329, 333, 381]. Defendants Martina Flores, Noe Aguilar-Camudio, Jorge Anaya-Medina, and Luis Haces-Delgado filed Objections [658, 659, 660, 661] to the Report and Recommendation [638] on January 28, 2011.

Upon review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [638] **DENYING** defendant Jorge Anaya-Medina's Motion to Suppress Statements [301] and Motion to Suppress Evidence [302]; **DENYING** defendant Alejandro De La Cruz-Plancarte's Motion to Suppress Evidence [322]; **DENYING** defendant Otha Barnes' Motion to Suppress Evidence [315]; **GRANTING** defendant Gerald Durrance's Motions to Suppress evidence [304, 455]; **GRANTING IN PART** and **DENYING IN PART**

defendant Martina Flores' Motion to Suppress Evidence [349]; **DENYING** defendant Noe Aguilar-Camudio's Motions to Suppress [331, 332, 334]; **DENYING** defendants Jorge Anaya-Medina's, Luis Haces-Delgado's, and Martina Flores' Motions to Suppress Wiretaps [328, 342, 351]; **DENYING** defendant Luis Haces-Delgado's Motions to Suppress Evidence and Statements [340, 341]; **DENYING** defendants Otha Barnes', Andres Bautista-Gallegos', Noe Aguilar-Camudio's, and Luis Haces-Delgado's Motions for Severance [306, 329, 333, 381].

This case is now ready to be set for trial. Given the number of defendants and therefore the anticipated difficulty in setting a trial date, attorneys should advise by **July 1, 2011** of any scheduling conflicts that they are aware of through the end of 2011.

**Excludable time is allowed to commence as of June 13, 2011 through July 1, 2011,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (to give counsel for the defendant or attorney for the Government reasonable time necessary for effective preparation) and (h)(6)(a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted). Accordingly, the Court concludes that the ends of justice served by a continuance outweigh the best interest of the public and defendants in a speedy trial.

3

SO ORDERED this 13 day of JUNE, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE