IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:09-CR-184-JEC-10 |
| JUAN MANUAL MENDOZA, | |
| Defendant. | |

**REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY[1]**

The defendant, JOSE MENDOZA-OROZCO, a/k/a JUAN MANUAL MENDOZA, by written consent, has appeared before me with counsel and has entered a plea of guilty to Counts One and Twelve of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, I have determined that the guilty plea was knowing and voluntary, and that the offenses charged in Counts One and Twelve are supported by an independent basis in fact establishing each of the essential elements of such offenses. I, therefore,

---

[1] Failure to file written objections to this Report and Recommendation within **five (5)** business days after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

AO 72A
(Rev.8/82)

**RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty of Counts One and Twelve and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this the 14th day of September, 2011

.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)