IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:09-CR-184-10-JEC |
| JUAN MANUEL MENDOZA, | |
| Defendant. | |

### **ORDER**

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [755] recommending accepting defendant's plea of guilty tendered on September 14, 2011. No objections to the Report and Recommendation [755] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [755] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Twelve of the Indictment. Sentencing will be set upon disposition of remaining defendants.

SO ORDERED this 23rd day of SEPTEMBER, 2011.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)